BANK OF MANHATTAN TRUST COMPANY, Successor Trustee, etc., Plaintiff, v. 571 PARK AVENUE CORPORATION and Others, Defendants. RAYMOND J. SCULLY, Receiver, Appellant; BANK OF MANHATTAN TRUST COMPANY, Successor Trustee, etc., Appellant; JACOB R. SCHIFF, Respondent.*— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Martin, J., dissents and votes to reverse and deny motion.

MORRIS J. GERBER, Respondent, v. JAMES DE MARIA and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ARTHUR L. LINN, JR., as Syndicate Manager under and Pursuant to the Terms of a Certain Syndicate Agreement, etc., Creating the LONG ISLAND COACH SYNDICATE. Respondent, v. ARTHUR C. MARSHALL, Appellant.— Orders reversed, with twenty dollars costs and disbursements, and motion granted; the proposed supplemental answer to be served within ten days from date of entry of order. No opinion, Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROYAL INDEMNITY COMPANY, Appellant, Respondent, v. NEW YORK CASUALTY COMPANY, Respondent, Appellant.— Order so far as appealed from affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FLORENCE HOLDER, Respondent, v. L. M. BLUMSTEIN, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE BOWERY SAVINGS BANK, Plaintiff, v. JERROLD HOLDING CORPORATION and Others, Defendants. NATHAN S. JONAS, Appellant; MADGE REGAN, as Executrix, etc., of JAMES B. REGAN, Deceased, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ARCHIBALD McNEIL, JR., Appellant, v. MONROE M. GOLDSTEIN, Respondent. — Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

READING TIMES PUBLISHING COMPANY, Respondent, v. I. JOE HORNSTEIN, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MERCANTILE BANK AND TRUST COMPANY, Appellant, v. GEORGE J. ATWELL, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

* Revd., 203 N. Y. 57.